| PROB.22 (Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court)<br>00-10301 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court)<br>MISC 01 22M |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Charles Ethier<br>300 Front Street, Unit 413<br>Pawtucket, RI 02860 | DISTRICT<br><br>Massachusetts | | DIVISION<br><br>PROBATION |
| | NAME OF SENTENCING JUDGE<br>Honorable George A. O'Toole, Jr.<br>U.S. District Court Judge | | |
| | DATES OF PROBATION | FROM:<br><br>12/14/00 | TO:<br><br>12/13/03 |

OFFENSE

Distribution of Unapproved Drug, in violation f Title 21, United States Code, § 331(d) and 333(a)(2) and Aiding and Abetting, Title 18, United States Code § 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ~~**RHODE ISLAND**~~. MASSACHUSETTS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

February 20, 2001 — *Date*

[signature] — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/12/01 — *Date*

Ernest C. Torres — *United States District Judge*