FILED
CLERK'S OFFICE
AUG 22 9 43 AM '00
US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-10301-GAO |
| v. | VIOLATIONS:<br>21 U.S.C. §§ 331(d), 333(a)(2)<br>(Distribution of unapproved drug) |
| CHARLES ETHIER,<br>Defendant | |

INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about October 26, 1999, in the District of Massachusetts, and elsewhere, the defendant

CHARLES ETHIER

with intent to defraud and mislead, did introduce and cause the introduction into interstate commerce of a quantity of 1,4 butanediol, a new drug, without an application approved by the Secretary of Health and Human Services, in violation of Title 21, United States Code, Sections 331(d) and 333(a)(2) and Title 18, United States Code, Section 2.

DONALD K. STERN
United States Attorney

By: Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney