UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-091ML (formerly MC 01-022ML)**
**CR 05-092ML (formerly MC 04-055ML)**

**DATE: September 21, 2005**

**TITLE: USA v. Charles Ethier**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Luis M. Matos - Govt**
**Edward C. Roy, Jr.- for Deft**
**Brian Pletcher - U.S. Probation**

**PROCEEDINGS:** **Final Probation Violation Hearing (Sentencing)**

**An R&R has issued from USMJ Lincoln D. Almond. No objections have been filed. Govt makes its sentencing recommendations; defense responds. Deft exercises his right of allocution.**
**Sentence is imposed:**
**12 mos' imprisonment as to CR 05-091ML & 12 mos' imprisonment as to CR 05-092ML, which term shall be served consecutively to the term imposed in CR 05-091ML. No further term of supervised release is imposed as to CR 05-092ML.**
**The deft is ordered to satisfy the outstanding fine balance of the $1,000 fine originally imposed by the U.S. District Court, District of Massachusetts (re: CR 05-092ML).**
**Deft is advised of his right of appeal. Deft to self-surrender to designated facility by 2:00 p.m. on Wed., 10/12/2005. In the meantime, deft remains on bond under terms & conditions previously set.**