AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**CHARLES ETHIER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:05CR00091-01ML**
**(formerly 1:01MC00022-01ML)**
USM Number: ~~23134-038~~ 28270-198

**Edward C. Roy, Jr., Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

RECEIVED
2006 JAN 13 A 8:25
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | **"While on probation, the defendant shall not commit another federal, state, or local crime."** | **September 2, 2005** |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-6308

Defendant's Date of Birth: 1967

Defendant's Residence Address:
**Warwick, RI 02889**

Defendant's Mailing Address:
**Warwick, RI 02889**

**September 21, 2005**
Date of Imposition of Sentence

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

9/22/05
Date

Attest to
True Copy
DAVID A. DIMARZIO
By KD
Deputy Clerk

7

CASE NUMBER: **1:05CR00091-01ML**
DEFENDANT: **CHARLES ETHIER**



## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.**

[✓] **The court makes the following recommendations to the Bureau of Prisons:**

**That this defendant be placed in a facility near Rhode Island in order than he can maintain contact with his family.**

[] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

[✓] **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**
[✓] before **2:00 p.m.** on **Wednesday, October 12, 2005**.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1-5-06 to U.S.P. Canaan

at Waymar Pa., with a certified copy of this judgment.

UNITED STATES MARSHAL

By [signature]
Deputy United States Marshal